**Copyrights-In-Suit for IP Address 108.31.236.209**

**ISP:** Verizon Internet Services
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X Marks The Spot | PENDING | 01/26/2018 | 02/01/2018 | 01/29/2018 |
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 01/23/2018 |
| Purely Passionate | PENDING | 01/13/2018 | 02/01/2018 | 01/23/2018 |
| Watch Me Cum For You | PENDING | 12/01/2017 | 12/05/2017 | 12/03/2017 |
| Into The Lions Mouth | PENDING | 11/25/2017 | 11/28/2017 | 11/26/2017 |
| Fill Her Up | PENDING | 11/17/2017 | 11/28/2017 | 11/20/2017 |
| Love Burns Again | PENDING | 10/06/2017 | 11/07/2017 | 10/06/2017 |
| Porcelain Doll | PENDING | 10/01/2017 | 11/07/2017 | 10/02/2017 |
| Blonde College Girl Perfection | PENDING | 09/23/2017 | 10/11/2017 | 10/01/2017 |
| Piano Concerto | PENDING | 09/15/2017 | 10/11/2017 | 09/21/2017 |
| Susie Up Close and Personal | PENDING | 08/06/2017 | 08/30/2017 | 09/14/2017 |
| Fit For A Fuck | PENDING | 08/12/2017 | 08/30/2017 | 09/03/2017 |
| Love In Prague | PA0002050599 | 06/10/2017 | 08/29/2017 | 06/16/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

DC165